# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RODRIGO CANDIA & DONNA CANDIA  
1801 SHERMAN BLVD.  
CRYSTAL LAKE, IL  60014  

Case Number: 05-73597  
SSN-xxx-xx-2374 & xxx-xx-4978

Case filed on: 7/18/2005  
Plan Confirmed on: 12/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $36,393.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 999 | RODRIGO CANDIA | 0.00 | 0.00 | 21.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 21.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | GENERAL MOTORS ACCEPTANCE CORP | 6,469.00 | 6,469.00 | 6,469.00 | 487.62 |
| 003 | WORLD SAVINGS BANK FSB | 164,078.38 | 0.00 | 0.00 | 0.00 |
| 004 | WORLD SAVINGS BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHASE BANK USA NA | 300.00 | 300.00 | 300.00 | 17.08 |
|  | Total Secured | 170,847.38 | 6,769.00 | 6,769.00 | 504.70 |
| 002 | GENERAL MOTORS ACCEPTANCE CORP | 0.19 | 0.19 | 0.10 | 0.00 |
| 005 | BECKET & LEE, LLP | 7,899.37 | 7,899.37 | 2,687.35 | 0.00 |
| 006 | BECKET & LEE, LLP | 8,239.28 | 8,239.28 | 2,802.98 | 0.00 |
| 007 | BANK OF AMERICA | 1,933.85 | 1,933.85 | 657.89 | 0.00 |
| 008 | PORTFOLIO RECOVERY ASSOCIATES | 558.73 | 558.73 | 190.07 | 0.00 |
| 009 | CHASE BANK USA NA | 1,942.20 | 1,942.20 | 660.73 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 12,784.67 | 12,784.67 | 4,349.32 | 0.00 |
| 011 | LVNV FUNDING LLC | 8,675.29 | 8,675.29 | 2,951.31 | 0.00 |
| 012 | LVNV FUNDING LLC | 14,606.49 | 14,606.49 | 4,969.09 | 0.00 |
| 013 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DISCOVER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 310.12 | 310.12 | 105.50 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 310.07 | 310.07 | 105.48 | 0.00 |
| 017 | KOHL'S DEPARTMENT STORE | 1,171.60 | 1,171.60 | 398.57 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 570.40 | 570.40 | 194.05 | 0.00 |
| 019 | MARATHON ASHLAND PETROLEUM LLC | 394.26 | 394.26 | 134.12 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 1,291.95 | 1,291.95 | 439.51 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 3,000.92 | 3,000.92 | 1,020.90 | 0.00 |
| 022 | LVNV FUNDING LLC | 685.45 | 685.45 | 233.19 | 0.00 |
| 023 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 8,421.00 | 8,421.00 | 2,864.80 | 0.00 |
| 024 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | GREGORY F. KUBIK DDS. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 72,795.84 | 72,795.84 | 24,764.96 | 0.00 |
|  | Grand Total: | 245,643.22 | 81,564.84 | 33,554.96 | 504.70 |

Total Paid Claimant:        $34,059.66  
Trustee Allowance:           $2,333.34  
Percent Paid Unsecured:      34.02

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008                By  /s/Heather M. Fagan